**SO ORDERED.**
**SIGNED this 10th day of February, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)

**IN RE:**

| | |
|---|---|
| **CALEB SELLARDS,** | Case No. 3:19-bk-33592-SHB |
| Debtor. | Chapter 7 |

**ORDER GRANTING SPECIALIZED LOAN SERVICING, LLC'S MOTION FOR**
**RELIEF FROM AUTOMATIC STAY – 2137 Pine Meade Road, Knoxville, TN**

WHEREAS, **SPECIALIZED LOAN SERVICING, LLC, as servicer for NYMT Loan Trust I** (the "Secured Party") filed a Motion for Relief from Automatic Stay and for Adequate Protection pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9013, E.D. Tenn. LBR 4001-1(a) and 9013, and 11 U.S.C. § 362; and

WHEREAS, no objection to the relief sought in said Motion has been filed with the Court and served on the Secured Party within fourteen (14) days after the filing of the Motion, the time prescribed by E.D. Tenn. LBR 9013-1(h)(3) for the filing of such objections; and

WHEREAS, in the absence of an objection, the Secured Party is entitled to be granted the relief requested in said Motion without the necessity of a hearing, pursuant to E.D. Tenn. LBR 9013-1(h)(5). It is accordingly,

**ORDERED**:   1.   The Motion is granted;

2. The bankruptcy stay applicable to property of the estate and property of the Debtor pursuant to 11 U.S.C. §362 is terminated as to the Collateral, real property generally known as **2137 Pine Meade Road, Knoxville, TN 37923**;

3. The relief granted herein is effective immediately and is not stayed pursuant to Rule 4001(a)(3), F.R.B.P.

# # #

APPROVED FOR ENTRY:

    /s/ Anthony R. Steele
**Anthony R. Steele, #016303**
Attorney for Secured Party
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN  37901-2428
Phone: (865) 637-1980
Facsimile: (865) 637-4489
Email: Asteele@wsfs-law.com